Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100



Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Lisa Carol Montgomery**<br>SSN: XXX-XX-2652 | Case No. 10-34624 RKM <br>Chapter 7 |
| Debtor(s) | |

### NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1.    On August 2, 2011, the Court approved the trustee's final report and proposed distribution.

2.    Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:



T:\NoticeofPymtSmDividends      1

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 2. | Express Recovery Services | PO Box 26415<br>Salt Lake City, UT 84126 | $3.18 |

3. These funds are on deposit in Bank of America, account number 4438083569.

4. A check in the amount of Three Dollars and Eighteen Cents ($3.18), representing said funds has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** August 3, 2011

Woodbury & Kesler, P.C.

*[signature]*

Elizabeth R. Loveridge
Chapter 7 Trustee

T:\NoticeofPymtSmDividends                    2

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2011, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

Office of the United States Trustee
Attn: Rayla Meyer
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, UT 84111

Lisa Carol Montgomery
369 S. 285 W.
Bountiful, UT 84010-7113

Spencer M Couch
Couch Law
181 North 200 West
Suite 3
Bountiful, UT 84010

*/s/ Renee Christensen*

Date: 08/03/11

**DIVIDENDS REMITTED TO THE COURT**

Case Number 10-34624 - Montgomery, Lisa Carol

Page:

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Express Recovery Services, Inc.**<br>**PO Box 26415**<br>**Salt Lake City, UT 84126**<br>  acct # 2813169 (Utah Imaging Assoc.) | 000002 | 147.20 | 3.18 |
| ---------- Remittance Total --------------- | | 147.20 | 3.18 |

Elizabeth R. Loveridge, Trustee